JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED LABIB KARAS, | Case No. EDCV 19-2016 JFW (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LAURA ELDRIDGE, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED:  August 3, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE